ACCEPTED
01-15-00478-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 12:03:44 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00478-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/3/2015 12:03:44 PM
CHRISTOPHER A. PRINE
Clerk

In the First District Court of Appeals
Houston, Texas

_____

### AMERICAN ZURICH INSURANCE COMPANY,

*Appellant,*

**v.**

### DANIEL SAMUDIO,

*Appellee.*

_____

ON APPEAL FROM THE 127TH DISTRICT COURT
HARRIS COUNTY, TEXAS

_____

### DESIGNATION OF CO-COUNSEL

_____

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Appellee, Daniel Samudio, notifies the Court and the parties that Byron C. Keeling will be co-counsel with Michael P. Doyle and Patrick M. Dennis in this matter. Mr. Keeling's information is as follows:

KEELING & DOWNES, P.C.
Byron C. Keeling
TBN: 11157980
1500 McGowen, Suite 220
Houston, Texas 77004
Telephone: (832) 214-9900    Facsimile: (832) 214-9908

Appellee respectfully requests that the Court and the parties note this addition in counsel and provide Mr. Keeling with copies of all correspondence, motions, briefs, and other communications in the case.

Respectfully submitted,

KEELING & DOWNES, P.C.

/S/ Byron C. Keeling

By:_____
    Byron C. Keeling
    State Bar No. 11157980
    bck@keelingdownes.com
    1500 McGowen, Suite 220
    Houston, Texas 77004
    Telephone: (832) 214-9900
    Facsimile: (832) 214-9908

DOYLE LLP
    Michael P. Doyle
    State Bar No. 06095650
    mdoyle@doylelawfirm.com
    Patrick M. Dennis
    State Bar No. 24045777
    pdennis@doylelawfirm.com
    2402 Dunlavy Street, Suite 200
    Houston, Texas 77006
    Telephone: (713) 571-1146
    Facsimile: (713) 571-1148

COUNSEL FOR APPELLEE
DANIEL SAMUDIO

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2015, the foregoing document was forwarded to the following via electronic service:

Mr. Robert D. Stokes
Mr. Gregory D. Solcher
Mr. David Owen Cluck
Flahive, Ogden & Latson
P.O. Drawer 201329
Austin, Texas 78720
Telephone: (512) 477-4405
Facsimile: (512) 241-3300

*Counsel for Appellant*
*American Zurich Insurance Company*

/S/ Byron C. Keeling
_____
Byron C. Keeling